# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 17-1094 as

[✓] Retained [ ] Court-appointed(CJA) [ ] Court-assigned(non-CJA) [ ] Federal Defender [ ] Pro Bono [ ] Government

COUNSEL FOR: Robert Gary
_____ as the
(party name)

[✓] appellant(s) [ ] appellee(s) [ ] petitioner(s) [ ] respondent(s) [ ] amicus curiae [ ] intervenor(s) [ ] movant(s)

_____
(signature)

Erik D. Frye
Name (printed or typed)

301-780-9020
Voice Phone

Erik D. Frye, P.A.
Firm Name (if applicable)

301-780-9223
Fax Number

14452 Old Mill Road, Suite 301

Upper Marlboro, Maryland 20772
Address

erik.frye@erikfryelaw.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 2/9/2017 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Gregory L. VanGeison, Esquire<br>Anderson, Coe & King, LLP<br>7 St. Paul Street, Suite 1600<br>Baltimore, Maryland 21202 | Megan J. McGinnis, Esquire<br>Anderson, Coe & King, LLP<br>7 St. Paul Street, Suite 1600<br>Baltimore, Maryland 21202 |

_____
Signature

2/9/2017
Date

01/19/2016 SCC