FILED: March 20, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1094
(8:15-cv-01998-PWG)
_____

ROBERT GARY

      Plaintiff - Appellant

v.

USAA LIFE INSURANCE COMPANY

      Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 05/05/2017

Opening brief due: 05/05/2017

Response brief due: 06/21/2017

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk